**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-6973**

———————————

DAVID MCKEE,

                                        Plaintiff - Appellant,

        versus

FEDERAL BUREAU OF PRISONS; LIEUTENANT DEWALDS;
WARDEN ZENK; BITTEN BENDER, Captain,

                                        Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (CA-03-1025)

———————————

Submitted:  July 29, 2004            Decided:  August 17, 2004

———————————

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

David McKee, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David McKee appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See <u>McKee v. Federal Bureau of Prisons</u>, No. CA-03-1025 (E.D. Va. May 25, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>